## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kendra Gariepy, | Judge Wilhelmina Wright |
| | Magistrate Judge Hildy Bowbeer |
| Plaintiff, | CASE NO. 0:22-cv-00519-WMW-HB |
| v. | |
| Trans Union LLC, et al. | **NOTICE OF SETTLEMENT WITH EQUIFAX ONLY** |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Equifax Information Services, LLC., ("Equifax") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: April 12, 2022        **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612)470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00772-GARIEPY