# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kendra Gariepy, | Judge Wilhelmina Wright |
| | Magistrate Judge Hildy Bowbeer |
| Plaintiff, | |
| | CASE NO. 0:22-cv-00519-WMW-HB |
| v. | |
| | **NOTICE OF DISMISSAL** |
| Trans Union LLC, et al. | **WITH PREJUDICE OF** |
| | **EQUIFAX INFORMATION** |
| | **SERVICES** |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES

Plaintiff and Defendant Equifax Information Services, LLC ONLY have settled all claims.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Defendant Equifax Information Services, LLC.

Dated: April 19, 2022        **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612)470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

1

00772-GARIEPY